IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CLARENCE REDMOND LOGUE, JR., )
)
    Plaintiff, )
)
v. )
)
CHATHAM COUNTY DETENTION )
CENTER, McARTHUR HOLMES, ) CASE NO. CV408-045
C/O WILLIAMS, CPL. WARREN, )
SGT. BARBOUR, and )
CPL. ROWLAND, )
)
    Defendants. )
)

## ORDER

Before this Court is the Report and Recommendation of the Magistrate Judge (Doc. 7), to which no objections have been filed. After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge, and **ADOPTS** the Report and Recommendation as the opinion of the Court. Accordingly, Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**, and his Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The **Clerk of Court** is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 29th day of November, 2008.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA